# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2025-3685
LT Case No. 2000-030681-CFAES

———————————————

HENRY L. PETERSON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

———————————————

3.800 Appeal from the Circuit Court for Volusia County.
A. Christian Miller, Judge.

Henry Peterson, Daytona Beach, pro se.

No Appearance for Appellee.

January 13, 2026

PER CURIAM.

AFFIRMED.

JAY, C.J., and LAMBERT and HARRIS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____